# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 1:21-cv-03815 ) ) Judge Nancy L. Maldonado |
| WOODBRIDGE NURSING PAVILION, LTD., an Illinois corporation. | ) ) ) ) |
| Defendant. | ) |

## SECRETARY OF LABOR'S UNOPPOSED MOTION
## FOR ENTRY OF CONSENT ORDER AND JUDGMENT

Plaintiff, Martin J. Walsh, Secretary of Labor, United States Department of Labor, pursuant to section 17 of the Fair Labor Standards Act of 1938, as Amended, 29 U.S.C. § 201 et seq. (the "Act"), filed a complaint against Defendant WOODBRIDGE NURSING PAVILION, LTD. ("Defendant"). Plaintiff and Defendant have signed a consent order and judgment, attached hereto as Exhibit A.[1] For the reasons set forth in the attached *Memorandum of Law in Support of Unopposed Motion for Entry of Consent Order and Judgment*, the Secretary

---

[1] Plaintiff will submit a Word version of the consent judgment to the Court's proposed orders e-mail address, Proposed_Order_Maldonado@ilnd.uscourts.gov

respectfully requests the Court approve it.

                    **SEEMA NANDA**
                    Solicitor of Labor

                    **CHRISTINE Z. HERI**
                    Regional Solicitor

                    <u>/s/Kevin M. Wilemon</u>
                    **KEVIN M. WILEMON**
                    Senior Trial Attorney
                    U.S. Department of Labor
                    Office of the Solicitor
                    230 South Dearborn Street, Rm. 844
                    Chicago, Illinois 60604
                    Telephone No.: 312-353-6973
                    wilemon.kevin@dol.gov


                    *Attorneys for Plaintiff MARTIN J. WALSH, United States Department of Labor*